# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendants. | Case No.: 1:19-cv-00232 LJO JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

At the mid-discovery status conference, the plaintiff's attorney agreed to provide the verifications for the supplemental responses. Defense counsel agreed to modify the medical authorizations to delete references to testing for HIV and substance abuse. With these deletions, the plaintiff will sign the medical records authorizations. Finally, plaintiff's counsel will review the authorities provided by defense counsel about discovery of EDD records and the admissibility of this collateral source at trial and notify her opponent of her position. Based upon these understandings, the Court **ORDERS**:

    1.    The plaintiff **SHALL** provide verifications for her supplemental responses via email (with the original to follow by mail) to defense counsel **no later than Friday, August 16, 2019**;

    2.    The plaintiff may strike the references to HIV testing and substance abuse in the authorizations for the medical records, sign the authorizations and provide them via email to

1

defense counsel (with the original to follow by mail) **no later than Friday, August 16, 2019**;

3. **No later than Friday, August 16, 2019**, plaintiff's counsel **SHALL** notify defense counsel whether the plaintiff will persist in asserting the "Governmental Reporting Privilege" related to the amount the plaintiff has received in unemployment benefits and/or in disability benefits. If she intends to persist, she **SHALL** provide the legal authorities that support that she may lawfully rely upon this privilege. At the same time, plaintiff's counsel **SHALL** also notify defense counsel as to her authorities that benefits paid in unemployment or disability is a collateral source that may not be admitted in this proceeding.

IT IS SO ORDERED.

Dated: **August 13, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE