# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GONZALES,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>        Defendant. | Case No.: 1:19-cv-00232-LJO-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 17) |

      The parties report they had come to terms of settlement. (Doc. 17.) They indicate that they are working on a settlement agreement and expect to have the agreement signed and finalized in 45 days. (Id. at 2.) Thus, the Court **ORDERS**:

    1. The stipulation to dismiss the action **SHALL** be filed **no later than February 10, 2020**;

    2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **December 27, 2019**     **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE