# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA GONZALES, | ) Case No.: 1:19-cv-00232-LJO-JLT |
| Plaintiff, | ) ORDER CLOSING THE CASE |
| v. | ) (Doc. 19) |
| LOWE'S HOME CENTERS, LLC, | ) |
| Defendant. | ) |

The parties report they have resolved he action and agree the case should be dismissed with prejudice with each side to bear their own costs and fees. (Doc. 19.) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: __January 15, 2020__          __/s/ Jennifer L. Thurston__
                                                                 UNITED STATES MAGISTRATE JUDGE